# UNITED STATES DISTRIC COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 22-cv-0094-JEB<br><br>Hon. James E. Boasberg |

## JOINT MOTION TO ENTER CONSENT DECREE

Plaintiffs East Yard Communities for Environmental Justice *et al.* (collectively "East Yard") and Defendants the United States Environmental Protection Agency *et al.* (collectively "EPA") jointly move the Court to enter the attached proposed consent decree. In support of this request, the Parties state as follows:

1. On January 13, 2022, Plaintiffs filed this Clean Air Act citizen suit under 42 U.S.C. § 7604(a)(2) alleging that EPA failed to carry out a nondiscretionary duty under the Act to timely review and, if appropriate, revise emissions standards for large municipal waste combustors. 42 U.S.C. § 7429(a)(5); *see* Complaint, ECF 1.

2. Plaintiffs also filed a related petition in the United States Court of Appeals for the District of Columbia Circuit on December 21, 2021 ("Petition Matter"), seeking a writ of mandamus related to a 2008 order of that court remanding to EPA emissions standards for large municipal combustors. *See In re East Yard Communities for Env't. Justice*, Case No. 21-1271 (D.C. Cir.).

3. Thereafter, the Parties negotiated a proposed consent decree that would resolve the district court matter without further litigation by establishing a deadline for EPA to review and, if appropriate, revise standards for large municipal waste combustors. A copy of the proposed consent decree is attached hereto as Exhibit A.

4. The proposed consent decree would also resolve the Petition Matter. Once EPA completes its obligations under the proposed consent decree, East Yard will voluntarily withdraw the Petition Matter. The Parties will also notify this Court that the consent decree can be terminated at that time. Proposed Consent Decree ¶¶ 8, 9.

5. On June 14, 2023, EPA published notice of the proposed consent decree in the Federal Register for public comment, as required by the Clean Air Act, 42 U.S.C. § 7413(g). 88 Fed. Reg. 38,859 (June 14, 2023).

6. The 30-day comment period closed on July 14, 2023. EPA received one public comment. In the government's view, this comment is not sufficiently adverse to justify withdrawing its agreement to the proposed consent decree, as provided under 42 U.S.C. § 7413(g), on the basis of the proposed consent decree being "inappropriate, improper, inadequate, or inconsistent" with the Clean Air Act.

7. In the proposed consent decree, the Parties state their agreement that the consent decree is fair, reasonable, and in the public interest. Proposed Consent Decree at 2. The Parties likewise state their agreement that the proposed consent decree constitutes a complete and final settlement of all claims in the complaint. Proposed Consent Decree ¶ 16.

Accordingly, the Parties request that the Court enter the proposed consent decree attached as Exhibit A.

Respectfully submitted,

Dated: September 19, 2023

*/s/ Khushi Desai*
Khushi Desai, D.C. Bar No. 984119
Earthjustice
1001 G St. NW, Ste. 1000
Washington, D.C. 20001
kdesai@earthjustice.org
(202) 745-5224

|  |  |
|---|---|
|  | Jonathan Smith, Esq.*<br>Earthjustice<br>48 Wall Street, 19th Floor<br>New York, NY 10005<br>jjsmith@earthjustice.org<br>(212) 845-7379<br>*Admitted *pro hac vice*<br><br>*Counsel for Plaintiffs* |
| Dated:  September 19, 2023 | U.S. Department of Justice<br>Environment and Nat'l Res. Division<br><br>*/s/ Heather Gange*<br>Heather Gange, D.C. Bar 452615<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Heather.gange@usdoj.gov<br>(202) 514-4206<br><br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2023, I caused a copy of the foregoing document to be served by the Court's CM/ECF system on counsel for all parties in this matter.

                                          */s/ Heather Gange*
                                          Heather Gange