UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY *et al.,* <br><br> Defendants. | Case No. 22-cv-0094-JEB <br><br> Hon. James E. Boasberg |

### NOTICE OF STIPULATED EXTENSION OF CONSENT DECREE DEADLINE

Plaintiffs East Yard Communities for Environmental Justice *et al.* (collectively "East Yard") and Defendants the United States Environmental Protection Agency *et al*. (collectively "EPA") jointly stipulate and notify the Court as follows:

1. On January 13, 2022, Plaintiffs filed this Clean Air Act citizen suit under 42 U.S.C. § 7604(a)(2) alleging that EPA failed to carry out a nondiscretionary duty under the Act to timely review and, if appropriate, revise emissions standards for large municipal waste combustors under 42 U.S.C. § 7429(a)(5). ECF 1.

2. Plaintiffs also filed a related petition in the United States Court of Appeals for the District of Columbia Circuit on December 21, 2021 ("Petition Matter"), seeking a writ of mandamus related to a 2008 order of that court remanding to EPA emissions standards for large municipal combustors. *See In re East Yard Communities for Env't. Justice*, Case No. 21-1271 (D.C. Cir.).

3. The Parties resolved the substantive claims in this suit and the Petition Matter through a Consent Decree that was entered on November 9, 2023. ECF 30. The Consent Decree established a deadline of November 30, 2024, by which EPA shall sign a final a rule reviewing and if appropriate revising the emission standards for large municipal waste incinerators in accordance with 42 U.S.C. § 7429. *Id.* ¶ 5.

4. The Consent Decree provides that the deadline may be extended by written agreement of the Parties, with notice to the Court. *Id.* ¶ 7. The Parties hereby stipulate and notify the Court that the November 30, 2024, deadline is extended to December 20, 2024.

|                              | Respectfully submitted, |
|---|---|
| Dated:  November 25, 2024 | */s/ Khushi Desai*<br>Khushi Desai, D.C. Bar No. 984119<br>Earthjustice<br>1001 G St. NW, Ste. 1000<br>Washington, D.C. 20001<br>kdesai@earthjustice.org<br>(202) 745-5224<br><br>Jonathan Smith, D.C. Bar No. NY0570*<br>Earthjustice<br>48 Wall Street, 19th Floor<br>New York, NY 10005<br>jjsmith@earthjustice.org<br>(212) 845-7379<br>*Admitted *pro hac vice*, subsequently admitted to the bar of this Court<br><br>*Counsel for Plaintiffs* |
| Dated:  November 25, 2024 | U.S. Department of Justice<br>Environment and Nat'l Res. Division<br><br>*/s/ Heather Gange*<br>Heather Gange, D.C. Bar 452615<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Heather.gange@usdoj.gov<br>(202) 514-4206<br><br>*Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of November, 2024, I caused a copy of the foregoing document to be served by the Court's CM/ECF system on counsel for all parties in this matter.

*/s/ Heather Gange*
Heather Gange