# UNITED STATES DISTRIC COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 22-cv-0094-JEB |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY *et al.,* | Hon. James E. Boasberg |
| Defendants. | |

## NOTICE OF STIPULATED EXTENSION OF CONSENT DECREE DEADLINE

Plaintiffs East Yard Communities for Environmental Justice *et al.* (collectively "East Yard") and Defendants the United States Environmental Protection Agency *et al*. (collectively "EPA") jointly stipulate and notify the Court as follows:

1.  On January 13, 2022, Plaintiffs filed this Clean Air Act citizen suit under 42 U.S.C. § 7604(a)(2) alleging that EPA failed to carry out a nondiscretionary duty under the Act to timely review and, if appropriate, revise emissions standards for large municipal waste combustors under 42 U.S.C. § 7429(a)(5). ECF 1.

2.  Plaintiffs also filed a related petition in the United States Court of
    Appeals for the District of Columbia Circuit on December 21, 2021
    ("Petition Matter"), seeking a writ of mandamus related to a 2008 order
    of that court remanding to EPA emissions standards for large municipal
    combustors. *See In re East Yard Communities for Env't. Justice*, Case
    No. 21-1271 (D.C. Cir.).

3.  The Parties resolved the substantive claims in this suit and the Petition
    Matter through a Consent Decree that was entered on November 9, 2023.
    ECF 30. The Consent Decree established a deadline by which EPA shall
    sign a final a rule reviewing and if appropriate revising the emission
    standards for large municipal waste incinerators in accordance with 42
    U.S.C. § 7429. *Id.* ¶ 5. This final-rule deadline was originally set at
    November 30, 2024. *Id.*

4.  The Consent Decree provides that the deadline may be extended by
    written agreement of the Parties, with notice to the Court. *Id.* ¶ 7.

5.  On November 25, 2024, the Parties notified the Court of their stipulated
    extension of the final-rule deadline to December 20, 2024.

6.  The Parties now stipulate and notify the Court that the final-rule deadline
    is extended to December 22, 2025.

Respectfully submitted,

Dated:  December 17, 2024

*/s/ Casandia Bellevue*
Casandia Bellevue, D.C. Bar No. NY0571
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
cbellevue@earthjustice.org
(212) 823-4992

Khushi Desai, D.C. Bar No. 984119
Earthjustice
1001 G St. NW, Ste. 1000
Washington, D.C. 20001
kdesai@earthjustice.org
(202) 745-5224

Jonathan Smith, D.C. Bar No. NY0570*
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
jjsmith@earthjustice.org
(212) 845-7379
*Admitted *pro hac vice*, subsequently
admitted to the bar of this Court

*Counsel for Plaintiffs*

Dated:  December 17, 2024

U.S. Department of Justice
Environment and Nat'l Res. Division

*/s/ Heather Gange*
Heather Gange, D.C. Bar 452615
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Heather.gange@usdoj.gov
(202) 514-4206

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 17th day of December, 2024, I caused a copy of the foregoing document to be served by the Court's CM/ECF system on counsel for all parties in this matter.

*/s/ Casandia Bellevue*
Casandia Bellevue